IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**ANTONIUS JAMAR McDONALD,**<br><br>Supervised Releasee | **NO. 5: 04-CR-95 (CAR)**<br><br>RE: SUPERVISED RELEASE VIOLATIONS |

# O R D E R

**ANTONIUS JAMAR McDONALD**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights. The court find that the probable cause requirement of Rule 32.1 has been satisfied with the return of a true bill of indictment in Case No. 5: 09-CR-42 (CAR).

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. Mr. McDonald is alleged to have violated his supervised release by possessing and using controlled substances as well as by committing the new offense of Distribution of More Than 50 Grams of Cocaine Base.

Accordingly, IT IS ORDERED AND DIRECTED that **ANTONIUS JAMAR McDONALD** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal

for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal.  The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 30th day of JUNE, 2009.



                                        CLAUDE W. HICKS, JR.
                                        UNITED STATES MAGISTRATE JUDGE